**EXHIBIT 1**



# IT'S IMPORTANT TO KNOW YOUR CONTRACTOR.

It's important to understand the differences in the intentions of the contractor you are dealing with in our area as never before. Recently a private equity company bought a local contractor. The leader is self-proclaimed "From Wall Street" and said they are seeking to disrupt the foundation repair industry. They have stated their intentions to extract as much money as possible out of the businesses they buy. This of course, leads to all kinds of problems for employees and customers in the long term, and usually does not have a happy ending for anyone but the guys at the top who walk away with the money.

In contrast, our company is owned by Larry Janesky, who has been in the business for 33 years and has revolutionized it for the better. We are not interested in selling our business, but continuing to build it and holding it forever as we have done since 1987. Larry has built an incredible team, invented many huge improvements (32 patents), and spends his time training employees and contractors from coast to coast. In fact, he has trained over 5000 people, and his customer-focused programs, processes and products are used every day by 400 home improvement and repair companies across North America. He doesn't spend his time extracting value from his business through complex financial engineering, but in building people and enduring companies instead.

Go ahead, look Larry up! He writes a free daily blog every day for the last 11 years called "Think Daily" (subscribe free at ThinkDaily.com) that 27,000 people subscribe to. He has created the Contractor Nation School of Entrepreneurship, a 3-year course, to help contractors be better leaders and managers of their business and achieve excellence. He has dedicated his life to making the industry better – not rolling it up and flipping it.

We come from a very different place, and we will be here and stand the test of time.

|  | Mid-State Basement Systems | Ohio Basement Authority |
|---|---|---|
| Owned by | Passionate lifelong veteran of the business | Hedge fund |
| Innovation | 32 patents | No patents – copycats |
| Network Support | Part of Contractor Nation, 400 contractors strong | 11 offices – all purchased, none started from scratch by the majority owner |
| Change and Disruption | Steady | Company sold twice in 1 year |
| Management and Leadership | Trained at our own School of Entrepreneurship – a 3-year leadership course we developed | Focused on profits |
| Goal | Build and maintain an enduring business | Sell the company (again!) |

## What kind of company do you want to do business with?