0E849 - V68

**EXHIBIT 3**

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| **GROUNDWORKS OBA, LLC,** | : | |
| **d/b/a OHIO BASEMENT AUTHORITY** | : | |
| 911 Stelzer Road | : | **Case No. 19CVH09-7381** |
| Columbus, Ohio 43219 | : | |
| | : | **Judge: Gina Russo** |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **LAWRENCE JANESKY** | : | |
| 725 Breakneck Hill Road | : | |
| Middlebury, CT 06762 | : | |
| | : | |
| and | : | |
| | : | |
| **MID-STATE BASEMENT SYSTEMS,** | : | |
| **LLC,** | : | |
| c/o Wesley Martin, Agent | : | |
| 5476 Camlin Place | : | |
| Westerville, OH 43081, | : | |
| | : | |
| and | : | |
| | : | |
| **CONTRACTOR NATION** | : | |
| **CORPORATION,** | : | |
| c/o Lawrence M. Janesky, Agent | : | |
| 60 Silvermine Road | : | |
| Seymour, CT 06483 | : | |
| | : | |
| **Defendants.** | : | |

## ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER

This matter came to be heard on the Motion of Groundworks OBA, LLC, d/b/a Ohio

Basement Authority ("Plaintiff" or "OBA") for a Temporary Restraining Order and Preliminary

Injunction against Defendants Lawrence Janesky ("Janesky"), Mid-State Basement Systems,

LLC ("Mid-State"), and Contractor Nation Corporation ("Contractor Nation") (collectively

Janesky, Mid-State, and Contractor Nation shall be "Defendants"), pursuant to Rule 65(A) of the

Ohio Rules of Civil Procedure. This Court has considered the Complaint; Motion for Temporary

CO\6245920.1

Restraining Order and Preliminary Injunction; the Affidavits presented by Plaintiff; Defendants' response and its supporting Affidavits and finds that:

1.     OBA has shown a substantial likelihood of success on the merits;

2.     OBA has shown it will suffer irreparable harm if the temporary restraining order is not granted;

3.     The potential harm to OBA if the temporary restraining order is not issued outweighs the potential harm to Defendants if the temporary restraining order is issued;

4.     The public interest would be served by issuing a temporary restraining order; and

The Court further finds that, in order to maintain the status quo pending disposition of OBA's Application for Preliminary Injunction, OBA's Motion for Temporary Restraining Order should be and is hereby **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** as follows:

1.     Defendants are hereby enjoined and restrained from:

a.     Directly soliciting and/or attempting to directly solicit any person who presently is an employee of OBA for employment with Defendant(s), with the exception of any OBA employee who has accepted employment with Defendant(s) on or before 5 p.m. on September 19, 2019;

b.     Making any disparaging and/or untrue statements about or concerning OBA, its officers, directors, shareholders, members, employees, and/or agents, in the direct solicitation and/or attempted direct solicitation of any person who presently is an employee of OBA for employment with Defendant(s);

    c.      Using, copying, disclosing or publishing, directly or indirectly, any of OBA's confidential and proprietary information to which Defendants may subsequently become privy as a result of employing OBA personnel, in violation of subsections (a) and (b) above.

2.      This Order shall be effective immediately and continue in full force and effect until October 4, 2019, or such other time as this Court may hereafter direct.

3.      OBA is required to deposit $500 with the Clerk of Courts as security for this Order pursuant to Civ.R. 65(C).

4.      This Temporary Restraining Order is binding upon Defendants and all persons in active concert or participation with Defendants who receive actual notice of this Order, whether by personal service or otherwise.

5.      OBA's Motion for Preliminary Injunction is hereby set for hearing on October 3rd, 2019, commencing at 1:30 p.m.

**IT IS SO ORDERED**.

_____

Judge:_____

Franklin County Court of Common Pleas

**Date:**          09-19-2019

**Case Title:**    GROUNDWORKS OBA LLC -VS- LAWRENCE JANESKY ET AL

**Case Number:**   19CV007381

**Type:**          ORDER

It Is So Ordered.

/s/ Judge Gina Russo